# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
VS.

CASE/CITATION NO. 3:16-mj-0014CMK

Shannon R. Condit

**ORDER TO PAY**

SOCIAL SECURITY #: ___
DATE OF BIRTH: ___
DRIVER'S LICENSE #: ___
ADDRESS: ___
CITY   STATE   ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: 6-21-16

DEFENDANT'S SIGNATURE

---

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:** 2 years summary court probation;

[X] Fine: $ 1,475 and a penalty assessment of $ 25 for a TOTAL AMOUNT OF: $ 1,500 within 2 years, or payments of $ ___ per month, commencing ___ and due on the ___ of each month until paid in full.

( ) Restitution: ___
( ) Community Service ___ with fees not to exceed $ ___
completed by ___
Excluded from entering Whiskeytown NRA for two years

**PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (check one):**

[ ] **CENTRAL VIOLATIONS BUREAU**
PO BOX 71363
PHILADELPHIA, PA 19176-1363
1-800-827-2982
or
Pay on-line at www.cvb.uscourts.gov
and Click on "Pay On-Line"

[ ] **CLERK, USDC**
2500 TULARE ST., RM. 1501
FRESNO, CA 93721-1322

[X] **CLERK, USDC**
501 I STREET, STE. 4-200
SACRAMENTO, CA 95814-2322

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 6-21-16

U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET   EDCA-3