# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# REDDING BRANCH

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:16-mj-0014 CMK |
| vs. | AMENDED ORDER TO PAY |
| SHANNON R. CONDIT | |

The Defendant, having been found guilty of possession of drug paraphernalia, after entry of a guilty plea thereto on June 21, 2016, was placed on two years unsupervised court probation, ordered to pay a fine of $1,475.00 and an assessment of $25.00 for a total amount of $1,500.00, and was prohibited from entering the Whiskeytown National Recreation during the term of probation.

At the request of Defendant for an extension for payment of the fine and assessment, unsupervised court probation is continued for six months from the date of this amended order. Defendant shall comply with the following.

1. Defendant shall pay $750.00 forthwith. Within six months from the date of this amended order, Defendant shall pay the balance due of $750.00. Payments shall be made to the Clerk, U.S. District Court, 501 I Street, Sacramento, CA 95814.

2. During the term of probation Defendant shall obey all state, federal and local laws.

3. Defendant shall not enter the Whiskeytown National Recreation Area during the term of probation.

4. Probation shall terminate upon payment in full of the fine and assessment.

DATED: June 21, 2016

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE